F. DURAND TAYLOR, Respondent, *v.* CITY INVESTING COMPANY, Appellant.

Argued April 10, 1946; decided July 23, 1946.

*Edward F. Clark* and *Leonard J. Reynolds* for appellant.
*James A. Davis* and *Leon Quat* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.